No. 41205.—Protest 963822–G of Andes Fruit & Produce Corp. (New York).

Opinion by CLINE, J. On the record presented the protest was overruled.

No. 41206.—Protest 936007–G of Weil Freeman, Inc. (New York).

Opinion by CLINE, J. On the record presented the protest was overruled.

No. 41207.—Petition 5618–R of Memphis Paper Co. (Memphis).

Opinion by CLINE, J. It was found that there was no intention to defraud the revenue, or to conceal or misrepresent the facts, or to deceive the appraiser as to the value of the goods. The petition was therefore granted.

No. 41208.—Protest 980409–G of Ignaz Strauss & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the stands in question were held dutiable as manufactures of wood at 33⅓ percent under paragraph 412.

No. 41209.—Protest 979741–G of Taiyo Trading Co., Inc. (New York).

Opinion by KEEFE, J. The lemon picks in question were held dutiable as manufactures of bone at 25 percent under paragraph 1537 as claimed. Abstract 39426 followed.

No. 41210.—Protests 846085–G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (T. D. 47647) the claim for free entry as joss stick under paragraph 1703 was sustained.

No. 41211.—Protests 800228–G (B), etc., of L. Oppleman, Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Oppleman* v. *United States* (C. D. 42) the mineral specimens in question were held entitled to free entry under paragraph 1719 as claimed.